STEPHENSON, ACQUISTO & COLMAN
JOY YOUNG STEPHENSON, ESQ.  (SBN 113755)
BARRY SULLIVAN, ESQ.          (SBN 136571)
RICHARD LOVICH, ESQ.          (SNB 113472)
OLIVER TOMAS, ESQ.            (SBN 233807)
303 N. Glenoaks Blvd., Suite 700
Burbank, CA 91502

Telephone:  (818) 559-4477
Facsimile:   (818) 559-5484

Attorneys for Plaintiff
DOCTORS MEDICAL CENTER OF MODESTO, INC.

## UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DOCTORS MEDICAL CENTER OF MODESTO, INC., a California for-profit corporation<br><br>                    Plaintiff,<br><br>        vs.<br><br>THE GUARDIAN LIFE INSURANCE COMPANY OF AMERICA, a New York for-profit corporation; VIANT PAYMENT SYSTEMS, INC., an Illinois for-profit corporation; and DOES 1 THROUGH 25, INCLUSIVE<br><br>                    Defendants. | CASE No. 1:08-CV-00903-OWW-GSA<br><br>**STIPULATION AND ORDER TO EXTEND DATE FOR DISCLOSING EXPERT WITNESSES PURSUANT TO FED. R. CIV. P. 26 (First Request)** |

## STIPULATION AND ORDER TO EXTEND DATE FOR DISCLOSING EXPERT WITNESSES PURSUANT TO FED. R. CIV. P. 26
### (First Request)

1    IT IS HEREBY STIPULATED AND AGREED between Plaintiff,

2  DOCTORS MEDICAL CENTER OF MODESTO, and Defendants THE

3  GUARDIAN LIFE INSURANCE COMPANY OF AMERICA and VIANT

4  PAYMENT SYSTEMS, INC. by and through their respective undersigned counsel

5  as follows:

6

7    1.    The parties agree that good cause exists to modify the deadline for the

8  disclosure of experts and exchange of written expert reports.

9

10    2.    Pursuant to the Scheduling Conference Order filed on March 13,

11  2009, the deadline for disclosure of experts and expert reports is set for July 31,

12  2009, which is seventy (70) days before the discovery cut-off date of October 9,

13  2009.

14

15    3.    The Court additionally ordered that any rebuttal, or supplemental

16  expert disclosures be made on or before September 1, 2009.

17

18    4.    The Parties request that the Court extend the deadline for disclosure of

19  experts and expert reports which is currently set for July 31, 2009 to August 31,

20  2009;  and that the date for supplemental and rebuttal disclosures be reset from

21  September 1, 2009 to October 1, 2009, closer to the discovery cut-off.

22  /////

23  ////

24  ////

25  ////

26  ////

27  ////

28  ////

1  Dated: July ____, 2009

2

3                                          STEPHENSON, ACQUISTO & COLMAN

4

5                                          By:_____/s/_____

6                                             OLIVER TOMAS
                                              Attorneys for
7                                          DOCTORS MEDICAL CENTER OF
                                                MODESTO, INC.
8

9

10 Dated: July ____, 2009

11

12

13                                         BURKE, WILLIAMS & SORENSEN, LLP

14

15                                         By:_____/s/_____
                                              STEPHEN GALTON, ESQ.
16                                            Attorneys for
                                           THE GUARDIAN LIFE INSURANCE
17                                            COMPANY OF AMERICA

18 ////

19 ////

20 ////

21 ////

22 ////

23 ////

24 ////

25 ////

26 ////

27 ////

28 ////

1    Dated: July _____, 2009

2

3                                        BEAM, BROBECK, WEST, BORGES &
                                                   ROSA LLP
4

5
                                         By:_____/s/_____
6                                            GLEN A. STEBENS
7                                              Attorneys for
                                         VIANT PAYMENT SYSTEMS, INC.
8

9

10

11

12   IT IS SO ORDERED.

13

14   DATED this 31st day of July, 2009.

15
                                         /s/ OLIVER W. WANGER
16                                       UNITED STATES DISTRICT JUDGE

17

18

19

20

21

22

23

24

25

26

27

28

**PROOF OF SERVICE**
**STATE OF CALIFORNIA, COUNTY OF LOS ANGELES**

I am employed in the county of Los Angeles, State of California.  I am over the age of 18 and not a party to the within action; my business address is 303 North Glenoaks Boulevard, Suite 700, Burbank, California 91502-3226.

On **July 30, 2009,** I served the foregoing document(s) described as **STIPULATION AND ORDER TO EXTEND DATE FOR DISCLOSING EXPERT WITNESSES PURSUANT TO FED. R. CIV. P. 26 (First Request)** by placing a true copy thereof enclosed in a sealed envelope addressed as follows:

FREDERICK M. BORGES, ESQ.
GLEN A. STEBENS, ESQ.
BEAM, BROBECK, WEST, BORGES & ROSA, LLP
1301 Dove Street, Suite 700
Newport Beach, California  92660-2412

STEPHEN H. GALTON, ESQ.
KEIKO J. KOJIMA, ESQ.
BURKE, WILLIAMS & SORENSON, LLP.
444 South Flower Street, Suite 2400
Los Angeles, California  90071-2953

[XX] BY MAIL:  I am "readily familiar" with the firm's practice of collection and processing correspondence for mailing.  Under that practice it would be deposited with the United States Postal Service on that same day with postage thereon fully prepaid at Burbank, California in the ordinary course of business.  I am aware that on motion of the party served, service is presumed invalid if postal cancellation date or postage meter date is more than one day after date of deposit for mailing in affidavit. [C.C.P. 1013a(3); F.R.C.P. 5(b)]

[XX] <u>Federal:</u>  I declare that I am employed in the office of a member of the bar of this court at whose direction the service was made.

Executed on **July 30, 2009,** at Burbank, California.

_____
/s/
ANGELA DEMERS