STEPHENSON, ACQUISTO & COLMAN
JOY YOUNG STEPHENSON, ESQ. (SBN 113755)
BARRY SULLIVAN, ESQ.          (SBN 136571)
RICHARD LOVICH, ESQ.          (SBN 113472)
OLIVER TOMAS, ESQ.            (SBN 233807)
303 N. Glenoaks Blvd., Suite 700
Burbank, CA 91502

Telephone:  (818) 559-4477
Facsimile:  (818) 559-5484

Attorneys for Plaintiff
DOCTORS MEDICAL CENTER OF MODESTO, INC.

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DOCTORS MEDICAL CENTER OF MODESTO, INC., a California for-profit corporation<br><br>Plaintiff,<br><br>vs.<br><br>THE GUARDIAN LIFE INSURANCE COMPANY OF AMERICA, a New York for-profit corporation; VIANT PAYMENT SYSTEMS, INC., an Illinois for-profit corporation; and DOES 1 THROUGH 25, INCLUSIVE<br><br>Defendants. | CASE No. 1:08-CV-00903-OWW-GSA<br><br>STIPULATION TO DISMISS VIANT PAYMENT SYSTEMS, INC. WITH PREJUDICE<br><br>[F.R.C.P. 41(a)(1)(ii)] |

PLAINTIFF, DOCTORS MEDICAL CENTER OF MODESTO, INC., a California for-profit corporation, and Defendants, VIANT PAYMENT SYSTEMS, INC., an Illinois for-profit corporation and THE GUARDIAN LIFE INSURANCE COMPANY OF AMERICA, a New York for-profit corporation by and through

- 1 -   **STIPULATION OF DISMISSAL WITH PREJUDICE AS TO VIANT PAYMENT SYSTEMS**

PDF created with pdfFactory trial version www.pdffactory.com

their respective counsel of record, hereby agree and stipulate to dismiss the action as to VIANT PAYMENT SYSTEMS, INC., with prejudice pursuant to Federal Rules of Civil Procedure, Rule 41(a)(1)(ii), and that Plaintiff, Doctors Medical Center of Modesto, Inc. and Defendant Viant Payment Systems, Inc., shall bear its own attorneys' fees and costs in this matter.

DATED: October 13, 2009     STEPHENSON, ACQUISTO & COLMAN

By: _____/s/_____
OLIVER TOMAS
Attorney for Plaintiff,
DOCTORS MEDICAL CENTER
OF MODESTO, INC.

DATED: October 8, 2009     BEAM, BROBECK, WEST, BROGES & ROSA, LLP.

By: _____/s/_____
GLEN A. STEBENS, ESQ.
Attorneys for Defendant,
VIANT PAYMENT SYSTEMS

DATED: October 8, 2009     BURKE, WILLIAMS, & SORENSON, LLP.

By: _____/s/_____
STEPHEN H. GALTON
KEIKO J. KOJIMA
Attorneys for Defendant,
THE GUARDIAN LIFE
INSURANCE COMPANY OF
AMERICA

**IT IS SO ORDERED:**

DATED: October 14, 2009

By: /s/ OLIVER W. WANGER
Hon. Oliver W. Wanger
Judge of the United States District Court

- 2 -   **STIPULATION OF DISMISSAL WITH PREJUDICE AS TO VIANT PAYMENT SYSTEMS**

PDF created with pdfFactory trial version www.pdffactory.com