1  BURKE, WILLIAMS & SORENSEN, LLP
   Stephen H. Galton (SBN 046732)
2    sgalton@bwslaw.com
   Keiko J. Kojima (SBN 206595)
3    kkojima@bwslaw.com
   444 South Flower Street, Suite 2400
4  Los Angeles, CA 90071-2953
   Telephone: 213.236.0600
5  Facsimile: 213.236.2700

6  Attorney for Defendant The Guardian Life
   Insurance Company of America

7

8

9              **UNITED STATES DISTRICT COURT**

10             **EASTERN DISTRICT OF CALIFORNIA**

11

12  DOCTORS MEDICAL CENTER OF          )   Case No. 1:08-CV-00903-0WW-GSA
    MODESTO, INC.,                     )
13                                     )   **STIPULATION AND  ORDER FOR**
                                       )   **DISMISSAL WITH PREJUDICE**
            Plaintiff,                 )
14                                     )
    v.                                 )
15                                     )
    THE GUARDIAN LIFE INSURANCE        )
16  COMPANY OF AMERICA, a New          )
    York for-profit corporation; VIANT )
17  PAYMENT SYSTEMS, INC., an          )
    Illinois for-profit corporation; and )
18  DOES 1 through 25, Inclusive,      )
                                       )
19          Defendants.                )
                                       )
20  _____ )

21

22      It is hereby stipulated by and between plaintiff Doctors Medical Center of

23  Modesto, Inc., a corporation ("Plaintiff") and defendant The Guardian Life

24  Insurance Company of America, a corporation ("Defendant"), through their

25  respective counsel of record, that this action may and shall be dismissed with

26  prejudice, each party to bear its own costs and attorneys fees.

27  ///

28  ///

1    IT IS SO STIPULATED.

2

3    DATED: November 4, 2009          Stephenson, Acquisto & Colman
                                      Joy Young Stephenson
4                                     Barry Sullivan
                                      Richard Lovich
5                                     Oliver Tomas

6

7                                     By: */s/ Oliver Tomas [As authorized on
                                          November 4, 2009]*
8                                            Oliver Tomas
                                      Attorneys for Plaintiff Doctors Medical
9                                     Center of Modesto, Inc.

10   DATED: November 13, 2009         Burke, Williams & Sorensen, LLP
                                      Stephen H. Galton
11                                    Keiko J. Kojima

12

13                                    By: */s/ Stephen H. Galton*
                                             Stephen H. Galton
14                                    Attorneys for Defendant The Guardian
                                      Life Insurance Company of America
15

16                        **ORDER**

17        The parties having stipulated and good cause appearing therefor, IT IS

18   ORDERED that this action be and hereby is dismissed with prejudice, each party

19   to bear its own costs and attorney's fees.

20

21              IT IS SO ORDERED.

22   **Dated:    November 16, 2009**              **/s/ Oliver W. Wanger**
                                          UNITED STATES DISTRICT JUDGE
23

24

25

26

27

28

CASE NO. 1:08-CV-00903-OWW-GSA
STIPULATION AND ORDER FOR
DISMISSAL WITH PREJUDICE